# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED OCT 16 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \_\_\_\_\_ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 18CR4036-DMS |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| RODRIGO VILCHIZ-PATINO, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Information:

8 U.S.C. Secs. 1326(a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 16, 2018

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE